# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re: John & Laurie Lopez,   Chapter 13 No. 10-60577

Hon. Thomas J. Tucker

Debtor(s).

_____/

John & Laurie Lopez,

    Plaintiff(s),   Adv. Pro. No. 10-06004

v.
Citimortgage, Inc.,

    Defendant(s)

_____/

## Stipulation determining the extent of the second lien of Citimortgage, Inc.

Now comes Plaintiff-Debtor and Defendant-Creditor Citimortgage, Inc., with respect to the property located at 30883 Longview, Warren, MI, 48093:

**It is hereby stipulated to the entry of an order with the following terms:**

1. Upon successful completion of the Debtor-Plaintiff's Chapter 13 Plan and receipt of a Chapter 13 order of discharge under 11 U.S.C. §1328(a), the Defendant-Creditor's Mortgage with a face value of $23,250.00 and an approximately balance of $22,929.00 on the Debtor-Plaintiffs' property commonly known as 30883 Longview, Warren, MI, 48093 that is recorded at Liber 18371 Page 280 with the Macomb County Register of Deeds shall be extinguished, terminated, and discharged.

The legal description of the property the Mortgage encumbers is as follows:

T1N, R11E, SEC 33 LEGGETT FARM SUB LOT 16 BLK B

Parcel I.D. Number: 12-13-10-126-007

2. That Defendant-Creditor will have an allowed unsecured claim in the amount listed on the Creditor's Proof of Claim

3. That in the event that the Debtor-Plaintiff's refinance the loan(s) on the subject property, or sells the subject property, prior to the completion of the Chapter 13 case and receipt of a Chapter 13 order of discharge under 11 U.S.C. §1328(a), pursuant to § 11 U.S.C. §1325(a)(5)(B), the Debtor-Plaintiff(s) shall pay the entire balance due on the mortgage in full at closing.

4. That in the event that the case is converted or dismissed before completion of the plan and receipt of a Chapter 13 order of discharge under 11 U.S.C. §1328(a), pursuant to 11 U.S.C. §348(f)(1)(C) and 11 U.S.C. §349 Defendant-Creditor retains its security interest until the full amount of the claim as determined under applicable non-bankruptcy law is paid in full

5. That in the event that the property is destroyed or damaged, that pursuant to the mortgage, Defendant-Creditor is entitled to its full rights as a loss payee with respect to the insurance proceeds and has a security interest in such proceeds up to the entire balance due on the mortgage.

6. That in the event the Defendant-Creditor, its successors or assigns, fails to execute and record documents that are required to release the Mortgage after successful completion of this Chapter 13 case, then Debtor-Plaintiff(s) may record the Order entered pursuant to this stipulation along with the Order of Chapter 13 Discharge.

7. That each party shall bear their own attorney fees and costs associated with this proceeding.

**Approved:**

/s/ Christopher Frank   (P67169)
Christopher E. Frank
Attorney for Debtor-Plaintiff(s)
117 W. 4th Street, ste 201
Royal Oak, MI 48067
Tx: (248) 677-7445
Email:
cfrank@bankruptcymanagementgroup.com

/s/ [signature]
Citimortgage, Inc.
6400 Las Colinas Blvd
Irving, TX 75039
*469-220-4784*
*David.R.Thornhill@citi.com*